ACCEPTED
03-14-00617-CR
7745196
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:08:47 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00617-CR

| | | |
|---|---|---|
| **NATHANIEL PAUL FOX** | § | **IN THE THIRD** |
| **V.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/9/2015 2:08:47 PM
JEFFREY D. KYLE
Clerk

## <u>STATE'S NOTICE OF INTENT TO ARGUE BEFORE THE COURT</u>

Dear Mr. Jeffrey D. Kyle, Clerk of the Honorable Third District Court of Appeals:

The Court ordered that oral argument in the above-styled and -numbered cause would take place on December 2, 2015 at 9:00 a.m. The Court requested that our office notify you in writing of our intention to argue the case before the Court. Accordingly, the State files this written notice that Assistant Criminal District Attorney Joshua D. Presley, the author of the State's brief, intends to argue this case before the Court on said date.

Respectfully submitted,

<u>/s/ Joshua D. Presley</u>
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

1

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Notice of Intent to Argue before the Court* has been delivered to Appellant NATHANIEL PAUL FOX's attorney in this matter:

Paul A. Finley
pfinley@reaganburrus.com
Reagan Burrus PLLC
401 Main Plaza, Suite 200
New Braunfels, TX 78130
*Attorney for Appellant on Appeal*

By electronically sending it to the above-listed email address through efile.txcourts.gov e-filing service this 9th day of November, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**

2